UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FRED D. BROUSSARD, | § |
| | § |
| Plaintiff, | § |
| VS. | § |
| | § CIVIL ACTION NO. H-04-1059 |
| TEXAS DEPARTMENT OF CRIMINAL | § |
| JUSTICE, *et al.*, | § |
| | § |
| Defendants. | § |

## MEMORANDUM AND ORDER

Pending before the Court is Plaintiff's application to proceed *in forma pauperis* in his appeal in the Fifth Circuit. The Federal Rules of Appellate Procedure require a party making such an application to attach an affidavit that (1) shows the party's inability to pay; (2) claims an entitlement to redress; and (3) states the issues that the party intends to present on appeal. FED. R. APP. P. 24(a)(1). Because Plaintiff failed to attach such an affidavit, his application is hereby **DENIED WITHOUT PREJUDICE TO REFILING**.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 26th day of July, 2006.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.